No. 15,271.

CHRONICLE NEWS PUBLISHING COMPANY v. HAVILL.

(134 P. [2d] 1068)

Decided February 23, 1943.

Judgment affirmed en banc on application for supersedeas, without written opinion.

Mr. JOSEPH W. HAWLEY, for plaintiff in error.

Mr. JOHN M. MABRY, for defendant in error.